No. 90–1861. GREENVILLE PUBLIC SCHOOL DISTRICT ET AL. *v.* WESTERN LINE CONSOLIDATED SCHOOL DISTRICT ET AL. Sup. Ct. Miss.;
No. 90–1897. UNITED ARTISTS COMMUNICATIONS, INC., ET AL. *v.* THE MOVIE 1 & 2. C. A. 9th Cir.;
No. 90–1918. KRAFT GENERAL FOODS, INC. *v.* IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa;
No. 90–1977. DUPREE ET AL. *v.* MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Appeal from D. C. S. D. Miss.; and
No. 91–4. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 12, AFL–CIO *v.* WILSON ET AL. C. A. 9th Cir. The

Solicitor General is invited to file briefs in these cases expressing the views of the United States.